Craig J. Rolfe (SBN 256319)
PIERSON FERDINAND LLP
Office: 2100 Geng Road, Suite 210, Palo Alto, CA 94303
Mail: 2108 N Street, No. 16656, Sacramento, CA 95816
Telephone: (415) 843-5512
Email: craig.rolfe@pierferd.com

Attorneys for Defendants
EDIBLE ARRANGEMENTS, LLC and EDIBLE BRANDS, LLC

BURSOR & FISHER, P.A.
Philip L. Fraietta (SBN 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0708
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com

Attorneys for Plaintiff INDIA TURNER

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

INDIA TURNER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

EDIBLE ARRANGEMENTS, LLC and EDIBLE BRANDS, LLC,

Defendants.

Case No. 2:26-cv-02707-TLN-SCR

**JOINT STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

[Fed. R. Civ. P. 6(b)(1)(B); L.R. 143, 144]

Hon. Judge: Hon. Troy L. Nunley
Complaint Filed: August 6, 2026
Current Response Date: Sept. 1, 2026
Proposed Response Date: [Dec. 21, 2026]

Plaintiff India Turner ("Plaintiff") and Defendants Edible Arrangements, LLC and Edible Brands, LLC (together, "Defendants," and with Plaintiff, the "Parties"), through their respective counsel of record, stipulate and jointly request, pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), Local Rules 143 and 144, and Section 9 of the Court's Civil Standing Order, that the Court extend Defendants' time to respond to the Complaint as set forth below. In support, the Parties state as follows:

///

**RECITALS**

WHEREAS, Plaintiff filed her Class Action Complaint on August 6, 2026 (ECF No. 1), and the Court issued its Initial Pretrial Scheduling Order on August 7, 2026 (ECF No. 2);

WHEREAS, on August 11, 2026, Plaintiff served the Summons and Complaint on Defendant Edible Arrangements, LLC by personal service on its registered agent, The Corporation Trust Company, 1209 Orange Street, Wilmington, Delaware (ECF No. 6), and, on the same date and in the same manner, served Defendant Edible Brands, LLC through the same registered agent (ECF No. 5);

WHEREAS, under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendants' deadline to answer or otherwise respond to the Complaint was September 1, 2026, and Defendants have not yet answered or otherwise responded;

WHEREAS, Plaintiff has not requested entry of default, no default has been entered, and Plaintiff does not oppose the relief requested in this Stipulation;

WHEREAS, a related putative class action arising from the same website, ediblearrangements.com, and challenging the same alleged tracking technologies is pending in the United States District Court for the Northern District of Georgia, captioned *Wilson, et al. v. Edible Brands, LLC*, Case No. 1:26-cv-04545-MLB (the "Georgia Action");

WHEREAS, shortly after Defendants' counsel was assigned to the defense of this action on or about August 20, 2026, the Parties began exploring the viability of a potential early resolution of this action, and Defendants' counsel focused their initial efforts on evaluating that potential resolution;

WHEREAS, the Georgia Action, a second and substantially overlapping putative class action, was filed on August 11, 2026 and served on Defendants on August 14, 2026, which required Defendants to evaluate any potential resolution, and their response to the Complaint, in light of both actions rather than this action alone;

///

WHEREAS, discussions then turned to whether the plaintiffs in the two actions would consolidate their class actions into a single proceeding, and plaintiffs' counsel hasd since indicated that the plaintiffs were agreeable to consolidation;

WHEREAS, counsel for Plaintiff and counsel for the plaintiffs in the Georgia Action have conferred regarding consolidation of the two actions, and the Parties anticipate that a consolidated or amended class action complaint will be filed that will supersede the operative Complaint;

WHEREAS, Defendants anticipate filing a motion concerning the venue of this action and its coordination with the Georgia Action;

WHEREAS, as set forth in the concurrently filed Declaration of Craig J. Rolfe, Defendants' failure to respond to the Complaint by September 1, 2026 was the result of excusable neglect under the equitable factors identified in *Pioneer Investment Services Co. v. Brunswick Associates Ltd. Partnership*, 507 U.S. 380, 395 (1993): (a) there is no danger of prejudice to Plaintiff, who consents to the extension, has not sought entry of default, and remains at the pleading stage; (b) the length of the delay is modest and has had no impact on these proceedings, because no date set by the Court depends on Defendants' response; (c) the delay resulted from the Parties' good-faith exploration of a potential early resolution, the intervening filing of the overlapping Georgia Action, and the ensuing discussions regarding consolidation of the two class actions, which the Parties anticipated would produce a superseding complaint; and (d) Defendants have acted in good faith throughout. *See also Eitel v. McCool*, 782 F.2d 1470 (9th Cir. 1986) (finding excusable neglect where defendant failed to answer while the parties engaged in settlement negotiations and responded promptly thereafter);

WHEREAS, pursuant to Local Rule 144(b) and Section 9 of the Civil Standing Order, the Parties state that (a) there have been no prior requests for an extension of Defendants' time to respond to the Complaint, and (b) the Initial Pretrial Scheduling Order sets no fact discovery cutoff (which runs from the date the last answer is filed), and the Court has not set a last date for hearing motions, a final pretrial conference, or a trial date,

so the requested extension will not affect any other date set by the Court;

WHEREAS, the Parties submit this Stipulation promptly upon reaching agreement, consistent with Local Rule 144(d), and because the original deadline has passed, the Parties submit it for the Court's approval pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) and Local Rules 143(b) and 144(a);

**STIPULATION**

NOW, THEREFORE, the Parties, through their undersigned counsel, hereby STIPULATE AND AGREE, subject to the approval of the Court, as follows:

1. Defendants' deadline to answer, move, or otherwise respond to the Complaint is extended to and including December 21, 2026.

2. If, on or before that date, Plaintiff files an amended or consolidated complaint in this action, Defendants shall have no obligation to respond to the original Complaint, and Defendants shall answer, move, or otherwise respond to the amended or consolidated complaint within thirty (30) days after it is filed, or by such other date as the Court may order.

3. Nothing in this Stipulation shall be construed as a waiver of any claim, defense, objection, or right of any Party, including without limitation any defense or objection based on personal jurisdiction, venue, or an agreement to arbitrate, or Defendants' right to move to transfer, stay, or dismiss this action under 28 U.S.C. § 1404(a), the first-to-file rule, or otherwise, which motion Defendants may file before their deadline to respond to the operative complaint. Plaintiff reserves all rights to oppose any such motion.

4. This Stipulation may be executed in counterparts, and electronic signatures shall have the same force and effect as original signatures.

///

///

///

///

IT IS SO STIPULATED.

Dated: November 5, 2026

PIERSON FERDINAND LLP

By: /s/ Craig J. Rolfe
Craig J. Rolfe
Attorneys for Defendants
EDIBLE ARRANGEMENTS, LLC and
EDIBLE BRANDS, LLC

Dated: November 5, 2026

BURSOR & FISHER, P.A.

By: /s/ Philip L. Fraietta (as authorized on
November 5, 2026)
Philip L. Fraietta
Attorneys for Plaintiff INDIA TURNER

**ATTESTATION OF CONCURRENCE**

Pursuant to Local Rule 131(e), I, Craig J. Rolfe, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 5, 2026

/s/ Craig J. Rolfe
Craig J. Rolfe

**ORDER**

The Court, having considered the Parties' Joint Stipulation and the Declaration of Craig J. Rolfe, and good cause and excusable neglect appearing pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), hereby APPROVES the Stipulation and ORDERS as follows:

1. Defendants Edible Arrangements, LLC and Edible Brands, LLC shall answer, move, or otherwise respond to the Complaint on or before December 21, 2026.

2. If Plaintiff files an amended or consolidated complaint on or before that date, Defendants need not respond to the original Complaint and shall answer, move, or otherwise respond to the amended or consolidated complaint within [thirty (30) days after it is filed.

3. This Order does not waive any claim, defense, objection, or right of any Party.

IT IS SO ORDERED.

Dated: November 17, 2026

Troy L. Nunley
Chief United States District Judge